180 P.3d 473

# SUPREME COURT OF HAWAI'I

| State v. Yamada | 27778 | 04/01/2008 | Denied | 116 Hawai'i 422, 173 P.3d 569 |
| --- | --- | --- | --- | --- |